**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **YIA VANG** | **CASE NO. 1:26-CV-02642 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TODD BLANCHE ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 8], no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE AS MOOT**.

MONROE, LOUISIANA, this 7th day of October, 2026.

Terry A. Doughty
United States District Judge